# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFONSO PERCY PEW, | : | Civil No. 3:12-CV-1984 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| R.N. L. HARRIS, *et al.*, | : | |
| Defendants. | : | |

## ORDER

APRIL 10, 2017

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for counsel is denied without prejudice. September 22, 2016, ECF No. 138.

2. Plaintiff's motion for reconsideration is denied. September 26, 2016, ECF No. 140.

3. Plaintiff's motion to compel discovery is granted only to the extent that within thirty (30) days, Defendants are to provide any color photos of Plaintiff in the restraint chair on the date in question and any photos of his injuries taken by Daniel Zaremba at SCI-Frackville, to the extent they exist. The motion is denied in all other respects. September 26, 2016, ECF No. 143.

4. Plaintiff's motion for injunction and motion to stay discovery or appoint counsel are denied as moot. October 28, 2016, ECF Nos. 149, 151.

5. Plaintiff's motions for a telephonic conference/Court intervention are denied. November 1, 9 and 27, 2016, ECF Nos. 153, 156 and 157.

6. Plaintiff's motions to compel discovery are granted to the extent that Plaintiff is to provide the Court with a report within thirty (30) days stating what records he has been allowed to review, but not given the opportunity to copy. Upon receipt, the Court will issue an Order directing that said documents be produced at Plaintiff's current place of confinement and that he be provided ample time to review and copy said documents. The motions are further granted in that Defendants are to provide Plaintiff, within thirty (30) days, with any photos taken by RN Dan Zaremba at SCI-Frackville of the injuries allegedly sustained by Plaintiff on the date in question, and the last known name and address of the manufacturer of the chair used in the alleged incident, along with any instructions, warnings and the serial number pertaining to the chair used, if such can be determined. Defendants are further directed to allow Plaintiff to view any video

which exists from the cage camera with respect to the incident in question. The motions are denied in all other respects. November 30, 2016, ECF Nos. 160, 163; December 1, 2016, ECF Nos. 164, 165.

7. Plaintiff's motions to compel are denied. December 22, 2016, ECF Nos. 168, 169.

8. Plaintiff's Open Letter Motion to the Court is granted only to the extent that within thirty (30) days, the parties are to provide discovery status reports to the Court consistent with the Memorandum issued this date. March 29, 2017, ECF No. 174. Following the receipt of such, a dispositive motions deadline will be imposed.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge