# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFONSO PERCY PEW, | No. 3:12-CV-01984 |
| Plaintiff. | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| LOIS HARRIS and BRIAN O'DONNELL, | |
| Defendants. | |

## ORDER

**AND NOW**, this 19th day of January 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The portion of Magistrate Judge Martin C. Carlson's Report and Recommendation dealing with qualified immunity, ECF No. 207 at 20-26, is **ADOPTED.**

2. Defendants' Motion for Summary Judgment, ECF No. 189, is **GRANTED.**

3. The Clerk of Court is directed to enter judgment in favor of the Defendants and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge